**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01499-CV

## IN RE PAUL JACOBS, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54735-2014**

# ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas

corpus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ ELIZABETH LANG-MIERS
JUSTICE